```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ESLAM HASSAN,                                               :
                                                            :
                                 Plaintiff,                 :    No. 18-CV-11194 (RA) (OTW)
                                                            :
                  -against-                                 :    ORDER
                                                            :
CAPTAIN JANE DOE, et al.,                                   :
                                                            :
                                 Defendants.                :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the City's December 23, 2019 status letter. (ECF 45). The City shall submit another status letter by **January 3, 2020**. Plaintiff is reminded to respond to the City's identification interrogatories or else I may recommend that the case be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: December 26, 2019
　　　 New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge