```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
ESLAM HASSAN,                                                :
                                                             :
                              Plaintiff,                     :    No. 18-CV-11194 (RA) (OTW)
                                                             :
            -against-                                        :    ORDER
                                                             :
CAPTAIN JANE DOE, et al.,                                    :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

On January 3, 2020, the City of New York ("the City") filed a response to the Court's *Valentin* Order, naming six corrections officers. (ECF 47). Accordingly, by **February 14, 2020**, Plaintiff shall file his amended complaint, substituting the names of the John/Jane Doe Defendants. The City shall file another status letter by **January 21, 2020**, providing an update on attempts to ascertain the identities of the remaining John/Jane Doe Defendants and the still-unidentified Defendants C.O. Thomas and C.O. Williams. The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: January 10, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |