**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
ESLAM HASSAN, :
:
                                           Plaintiff, :        No. 18-CV-11194 (RA) (OTW)
:
                -against- :
:        **ORDER**
CAPTAIN JANE DOE, et al., :
:
                                           Defendants. :
:
------------------------------------------------------------x
:
ESLAM HASSAN, :
:
                                           Plaintiff, :        No. 19-CV-4111 (RA) (OTW)
:
                -against- :
:        **ORDER**
JOHNSON DOE, et al., :
:
                                           Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff has now provided an updated address on the docket. Accordingly, the City shall re-send Plaintiff the Identification Interrogatories, and shall file a status letter by **February 28, 2020**. The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                                               *s/ Ona T. Wang*

Dated: February 19, 2020                                                **Ona T. Wang**
       New York, New York                                  United States Magistrate Judge