**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ESLAM HASSAN,

                Plaintiff,

    -against-

CAPTAIN JANE DOE, et al.,

                Defendants.

------------------------------------------------------------x

No. 18-CV-11194 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the City of New York Law Department's ("the City") request for an extension of time for Defendants Sheree D. Givre and Amanda Holland-Yang to respond to the complaint. That request is GRANTED. Defendants Givre and Holland-Yang shall respond to the complaint by **March 7, 2020**. The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 4, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge