**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
ESLAM HASSAN,                        :
                                     :
                    Plaintiff,       :            No. 18-CV-11194 (RA) (OTW)
                                     :
            -against-                :                      **ORDER**
                                     :
CAPTAIN JANE DOE, et al.,            :
                                     :
                    Defendants.      :
                                     :
---------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      Plaintiff is directed to respond to defendants' Sheree D. Givre and Amanda Holland-Yang's Motion to Dismiss (ECF 62) by **July 31, 2020** or the Motion to Dismiss will be considered unopposed.

      Chambers will mail a copy of this Order and ECF 62 & 63 to the *pro se* Plaintiff on June 30, 2020.

      **SO ORDERED.**

                                            *s/ Ona T. Wang*

Dated: June 29, 2020                                            **Ona T. Wang**
      New York, New York                          United States Magistrate Judge