USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/09/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :

ESLAM HASSAN,                              :

                      Plaintiff,    :
                                              :    18-CV-11194 (JPC)
    -v-                                            :
                                               :    NOTICE OF
CAPTAIN JOHN DOE ET AL.,            :    REASSIGNMENT

                   Defendants.   :

-----------------------------------------------------------------------X
-----------------------------------------------------------------------X

ESLAM HASSAN,

                    Plaintiff,

                                                                19-CV-4111 (JPC)
    -v-

                                                                  NOTICE OF
JOHNSON DOE ET AL.,                    REASSIGNMENT

                   Defendants.

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      These cases have been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the cases' reassignments. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

      The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: October 9, 2020
      New York, New York

                                              JOHN P. CRONAN
                                              United States District Judge