**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
ESLAM HASSAN,                                                :
                                                             :
                              Plaintiff,    :        No. 18-CV-11194 (JPC) (OTW)
                                                             :
               -against-                    :        **REPORT AND RECOMMENDATION**
                                                             :
CAPTAIN JANE DOE, et al.,                    :
                                                             :
                              Defendants.    :
                                                             :
                                                             :
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      On August 17, 2020, I ordered *pro se* Plaintiff to show cause in writing by September 15, 2020 why I should not recommend that this action be dismissed for failure to prosecute.[1] (ECF 69). To date Plaintiff has not responded.

      Mailings to the address for Plaintiff on the docket – 712 Crown Street, Apt. F19, Brooklyn, NY 11213[2] – as well as to Blake Avenue Shelter, 1000 Blake Avenue, Brooklyn, NY 11208 have been returned to the Court as undeliverable. Plaintiff has not provided an updated address to the Court or Defendants. It is Plaintiff's responsibility to keep the Court informed of any change of address. *See, e.g.*, *Holmes v. State of New York Office of Court Admin.*, No. 00-CV-7871 (LAP) (AJP), 2001 WL 5035, at *1 n.1 (S.D.N.Y. Jan. 2, 2001), *report and recommendation adopted* ECF 7 (Jan. 25, 2001) (citing cases).

---

[1] Two other suits, filed by Plaintiff, have been recently dismissed by my colleagues for failure to prosecute. *See Hassan v. Reynoso*, No. 19-CV-5938 (PGG) (SN), ECF 65 (S.D.N.Y. Sept. 8, 2020); *Hassan v. Agard*, No. 19-CV-5764 (VEC) (DF), ECF 66 (S.D.N.Y. Aug. 24, 2020).

[2] The address on the docket was updated to the Crown Street address after Plaintiff provided that address to the Hon. Lois Bloom at a court conference in the Eastern District of New York. *See* ECF 60. Orders in this action continued to be served to the previous address, 1000 Blake Avenue.

I previously ordered on June 29, 2020 that Plaintiff respond to Defendants' Sheree D. Givre and Amanda Holland-Yang's Motion to Dismiss (ECF 62) by June 31, 2020. (ECF 65). Plaintiff has not responded to the Motion to Dismiss.

Accordingly, I recommend that the action be **DISMISSED** for failure to prosecute and that Defendants' Motion to Dismiss (ECF 62) be **DENIED AS MOOT**.

In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days (including weekends and holidays) from receipt of this Report to file written objections. *See also* Fed. R. Civ. P. 6. A party may respond to any objections within fourteen (14) days after being served. Such objections, and any responses to objections, shall be addressed to the Honorable John P. Cronan, United States District Judge. Any requests for an extension of time for filing objections must be directed to Judge Cronan.

**FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW.** *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1054 (2d Cir. 1993); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992); *Wesolek v. Canadair Ltd.*, 838 F.2d 55, 58 (2d Cir. 1988); *McCarthy v. Manson*, 714 F.2d 234, 237–38 (2d Cir. 1983).

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff at the address on the docket and to Plaintiff c/o Blake Avenue Shelter, 1000 Blake Avenue, Brooklyn, NY 11208.

Respectfully submitted,

*s/ Ona T. Wang*

**Ona T. Wang**

Dated: March 1, 2021
New York, New York

United States Magistrate Judge

3